PROB 35
(Rev. 5/01)

# Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v. } Crim. No. 4:01CR00172-1

Anthony Martin, Jr.

On October 30, 2015, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_Chambliss T. Stevens_
Chambliss T. Stevens
U.S. Probation Officer

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 24 PM 12:00
CLERK
SO. DIST. OF GA.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _24th_ day of May, 2018.

_William T. Moore, Jr._
William T. Moore, Jr.
Judge, U.S. District Court